THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN POZO, Appellant. [918 NYS2d 341]—

The court had ample evidence on which to assess 15 points under the risk factor for drug or alcohol abuse. In any event, even without that assessment defendant would remain a level two offender, and we find no basis for a discretionary downward departure from his presumptive risk level (*see People v Mingo*, 12 NY3d 563, 568 n 2 [2009]; *People v Johnson*, 11 NY3d 416, 421 [2008]). The mitigating circumstances cited by defendant were adequately taken into account by the risk assessment instrument. Concur—Tom, J.P., Sweeny, Renwick, Freedman and Manzanet-Daniels, JJ.